

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Rony, I. Mikhail
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Darl, et al.,
Officer. Alien.
_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**

AUG 17 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 4562
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**        **AMENDED COMPLAINT**

__X__        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

    A. Name: Rony I. Mikhail

    B. List all aliases: NONE

    C. Prisoner identification number: 20150508231

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002, Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Thomas Dart, et al., officer Alien

        Title: Sheriff of Cook county

        Place of Employment: Cook County

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: _____NONE_____
  _____NONE_____

  B. Approximate date of filing lawsuit: _____NONE_____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____NONE_____
  _____NONE_____

  D. List all defendants: _____NONE_____
  _____NONE_____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____NONE_____

  F. Name of judge to whom case was assigned: _____NONE_____

  G. Basic claim made: _____NONE_____
  _____NONE_____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____NONE_____
  _____NONE_____

  I. Approximate date of disposition: _____NONE_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 20, 2015 I was working in the laundry room at, or around 8:30 AM in the morning. We were cleaning the back chemical area, behind the washing Machineines. The area is cage it has 4 55 gals. of chemicals on palles we had to remove them, and to start to clean everything up we were working, then the C.O. Allien told us to use the water hose to start washing the area. We had about 1" off standing water that we had to dry up. as I was walking across I sliped and fell back hiting my head, upper shoulder, my Elb left side, and lower back. I got up and didn't feel any pain right away, But after 3 days I started feeling pain. I saw the doctor they had me get X-Rays. Nothing showed but

the pain never went away, I keep on asking to see the doctor and they never did anything. I even asked for a MRI and still nothing Please help

Thank you.

Rony, I. Mikhail

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Please some legal help, and for my pain $500,000.00 please help.

VI.  The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of June, 20 16

_____
(Signature of plaintiff or plaintiffs)

Rony I. Mikhail
(Print name)

20150509231
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608
(Address)

6

Revised 9/2007